## SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128
FAX  (718) 504-7555
ShakedLawGroup@Gmail.com

April 20, 2020

**VIA ELECTRONIC FILING**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED.  The initial pretrial conference, scheduled for April 23, 2020, is ADJOURNED to May 28, 2020, at 10:40 a.m.

If Defendant continues to fail to appear, Plaintiff shall move for default judgment by May 22, 2020.

Dated: April 20, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  **Linda Slade v. Wag Labs, Inc.**
     **Case No. 20-cv-1746-LGS**
     **Request for Adjournment of Initial Status Conference**

Dear Judge Schofield,

An Initial Status Conference (the "Conference") is scheduled for April 23, 2020 at 10:40 a.m.

The Defendant was served with the Summons and Complaint through its registered agent on March 13, 2020.  No response has been received.  Plaintiff's counsel sent a courtesy letter to defendant's headquarters on April 10, 2020.  No response has been received.

In light of the "shelter-in-place" order in Defendant's West Hollywood, CA headquarters, there is a possibility that Defendant's offices are closed and Defendant may not be aware of this lawsuit.  Therefore, Plaintiff respectfully requests that the initial pretrial conference be adjourned for thirty (30) days.  Furthermore, Plaintiff respectfully requests a date to present an Order to Show Cause for default judgment on or before May 22, 2020.

No prior application for this relief has been made.

Thank you for your attention to this matter.

Respectfully submitted,

Dan Shaked
*Attorney for Plaintiffs*

cc: Wag Labs, Inc.

1